Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−11502−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roger J. Lees                                    Karen L Lees
67 Salem Hill Road                        67 Salem Hill Road
Howell, NJ 07731                          Howell, NJ 07731

Social Security No.:
    xxx−xx−8775                                      xxx−xx−7482

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on March 5, 2021 and a confirmation hearing on such Plan has been scheduled for May 5, 2021.

The debtor filed a Modified Plan on May 3, 2021 and a confirmation hearing on the Modified Plan is scheduled for June 16, 2021 at 10:00am. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day
       for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secured claim, such holder's acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing.
       Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear
       arguments in support of the original plan on the scheduled Confirmation date, consider the
       reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss
       or convert the case, or take any other action on the original plan deemed appropriate.

       A full copy of the modified Plan will follow this notice.

Dated: May 4, 2021
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-11502-CMG

Roger J. Lees                                                                          Chapter 13

Karen L Lees

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 3

Date Rcvd: May 04, 2021                   Form ID: 186                              Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger J. Lees, Karen L Lees, 67 Salem Hill Road, Howell, NJ 07731-2137 |
| 519122068 | + | Celentano, Stadtmauer, & Walentowicz, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519122069 | + | Federal Home Loan Mortgage Corporation, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 519146041 | | Federal Home Loan Mortgage Corporation, as Trustee, Structured Transaction Trust, Series 201, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519122071 | + | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519202628 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519122077 | + | Monmouth County Chancery Division, 71 Monument Park, Freehold, NJ 07728-1747 |
| 519122078 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519122080 | | Select Portfolio Servicing, P.O Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 00:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 00:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519164388 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 04 2021 23:19:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519122067 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 04 2021 23:18:43 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519139379 | + | Email/Text: bankruptcy@sccompanies.com | May 05 2021 00:45:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519126981 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 04 2021 23:25:10 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519122073 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2021 00:43:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519144198 | | Email/Text: bk.notifications@jpmchase.com | May 05 2021 00:43:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519122075 | + | Email/Text: bk.notifications@jpmchase.com | May 05 2021 00:43:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519122076 | + | Email/Text: PBNCNotifications@peritusservices.com | May 05 2021 00:42:00 | Kohls/capone, Po Box 3115, Milwaukee, WI |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: May 04, 2021 | Form ID: 186 | Total Noticed: 24

| | | | |
|---|---|---|---|
| | | | 53201-3115 |
| 519191624 | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2021 00:42:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 519122079 | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2021 00:42:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519122081 | + Email/PDF: gecsedi@recoverycorp.com | May 04 2021 23:24:32 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519122082 | + Email/Text: bankruptcy@sccompanies.com | May 05 2021 00:45:00 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519196005 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 04 2021 23:31:15 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519122074 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519122072 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519122070 | ##+ | Fein, Such, Kahn, Shepard, 7 Century Drive, Parsippany, NJ 07054-4673 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

Yakov Rudikh
        on behalf of Debtor Roger J. Lees rudikhlawgroup@gmail.com
        rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh
        on behalf of Joint Debtor Karen L Lees rudikhlawgroup@gmail.com
        rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com


TOTAL: 7