Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−11502−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Roger J. Lees | Karen L Lees |
| 67 Salem Hill Road | 67 Salem Hill Road |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
   xxx−xx−8775                          xxx−xx−7482

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 30, 2021.

Dated: June 30, 2021
JAN: rms

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11502-CMG |
| Roger J. Lees | Chapter 13 |
| Karen L Lees | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 30, 2021 | Form ID: plncf13 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger J. Lees, Karen L Lees, 67 Salem Hill Road, Howell, NJ 07731-2137 |
| 519122068 | + | Celentano, Stadtmauer, & Walentowicz, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519122069 | + | Federal Home Loan Mortgage Corporation, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 519146041 | | Federal Home Loan Mortgage Corporation, as Trustee, Structured Transaction Trust, Series 201, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519122071 | + | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519122077 | + | Monmouth County Chancery Division, 71 Monument Park, Freehold, NJ 07728-1747 |
| 519122078 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519122080 | | Select Portfolio Servicing, P.O Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 30 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 30 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519164388 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 30 2021 20:40:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519122067 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 20:40:26 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519139379 | + | Email/Text: bankruptcy@sccompanies.com | Jun 30 2021 20:33:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519126981 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 30 2021 20:40:12 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519122073 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2021 20:33:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519144198 | | Email/Text: bk.notifications@jpmchase.com | Jun 30 2021 20:33:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519122075 | + | Email/Text: bk.notifications@jpmchase.com | Jun 30 2021 20:33:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519202628 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 30 2021 20:33:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

Case 21-11502-CMG    Doc 32    Filed 07/02/21    Entered 07/03/21 00:13:24    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: plncf13 | Total Noticed: 24 |

| 519122076 | + Email/Text: PBNCNotifications@peritusservices.com | | |
|---|---|---|---|
| | | Jun 30 2021 20:33:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519191624 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 30 2021 20:33:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 519122079 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 30 2021 20:33:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519122081 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 30 2021 20:40:17 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519122082 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Jun 30 2021 20:33:00 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519196005 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Jun 30 2021 20:40:12 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519122074 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519122072 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519122070 | ##+ | Fein, Such, Kahn, Shepard, 7 Century Drive, Parsippany, NJ 07054-4673 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |

District/off: 0312-3    User: admin    Page 3 of 3
Date Rcvd: Jun 30, 2021    Form ID: plncf13    Total Noticed: 24

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
    on behalf of Debtor Roger J. Lees rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh
    on behalf of Joint Debtor Karen L Lees rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 7