| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2<br>JILL A. MANZO, ESQ.<br>967CVH<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>ROGER J. LEES and<br>KAREN L LEES<br><br> Debtor(s). | Case No.:  21-11502 CMG<br><br>Chapter:  13<br><br>Hearing Date:  October 6, 2021<br><br>Judge:  Honorable Christine M. Gravelle |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.   ☐ Withdrawn.

Matter: <u>Motion for Relief from Stay re: 67 Salem Hill Road, Howell, NJ 07731, Document Number 33.</u>

Date: September 28, 2021         /S/ JILL A. MANZO, ESQ.
                                 Jill A. Manzo, Esq.