UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR9004-1(b)

FEIN, SUCH, KAHN & SHEPARD, P.C.
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2
JILL A. MANZO, ESQ.
967CVH
bankruptcy@fskslaw.com

In Re:

ROGER J. LEES and
KAREN L LEES

 Debtor(s).

Case No.:   21-11502 CMG

Chapter:   13

Adv. No.:

Hearing Date: September 15, 2021

Judge:  Honorable Christine M. Gravelle

CERTIFICATION OF SERVICE

1. I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents Select Portfolio Servicing, Inc., as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 28, 2021, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

a. Agreed Order on Resolving Motion for Relief

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| YAKOV RUDIKH<br>RUDIKH AND ASSOCIATES<br>14 WOODWARD DRIVE<br>OLD BRIDGE, NJ 08857 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| ROGER J. LEES<br>KAREN L LEES<br>67 SALEM HILL ROAD<br>HOWELL, NJ 07731 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 28, 2021        <u>/S/ KELLY MASTANDREA</u>
                                 Kelly Mastandrea,
                                 Paralegal