UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Roger J. Lees and Karen L Lees

Case No.: 21-11502
Chapter: 13
Judge: Christine M. Gravelle

## NOTICE OF PROPOSED PRIVATE SALE

__Roger J. Lees__, __Karen L Lees__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, N.J. 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __January 4, 2023__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, N.J. 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 67 Salem Hill, Howell, NJ 07731

Proposed Purchaser: Gloria Pearl
449 Monticello Lane,
Lakewood, NJ 08701

Sale price: $495,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Edward V. Murachanian, Esq.; Heart of Gold Realty; Crossroads Realty
Amount to be paid: $2,500.00; $10,050.00; $9,750.00; Total of $22,300.00
Services rendered: Real Estate process of the Property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Clarkson S. Fisher US Courthouse |
| Address: | 402 East State Street Trenton, N.J. 08608 |
| Telephone No.: | (609) 858-9333 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11502-CMG |
| Roger J. Lees | Chapter 13 |
| Karen L Lees | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 14, 2022 | Form ID: pdf905 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger J. Lees, Karen L Lees, 67 Salem Hill Road, Howell, NJ 07731-2137 |
| 519122068 | + | Celentano, Stadtmauer, & Walentowicz, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519122069 | + | Federal Home Loan Mortgage Corporation, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 519122071 | + | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519122077 | + | Monmouth County Chancery Division, 71 Monument Park, Freehold, NJ 07728-1747 |
| 519122078 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519284134 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2022 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2022 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519164388 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 20:58:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519122067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 20:58:16 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519139379 | + | Email/Text: bankruptcy@sccompanies.com | Dec 14 2022 20:53:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519126981 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 20:58:02 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519146041 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 14 2022 20:53:00 | Federal Home Loan Mortgage Corporation, as Trustee, Structured Transaction Trust, Series 201, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519122070 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 14 2022 20:52:00 | Fein, Such, Kahn, Shepard, 7 Century Drive, Parsippany, NJ 07054-4673 |
| 519122073 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2022 20:52:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519144198 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 20:58:08 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519122075 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 20:57:58 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 519202628 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 21-11502-CMG    Doc 49    Filed 12/16/22    Entered 12/17/22 00:16:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf905 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 14 2022 20:52:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519122076 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 14 2022 20:52:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519191624 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2022 20:52:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 519122079 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2022 20:52:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519122080 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 14 2022 20:53:00 | Select Portfolio Servicing, P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 519122081 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 20:58:09 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519122082 | + | Email/Text: bankruptcy@sccompanies.com | Dec 14 2022 20:53:00 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519196005 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 20:58:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519122074 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519122072 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2022                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |

| | |
|---|---|
| District/off: 0312-3 | User: admin |
| Date Rcvd: Dec 14, 2022 | Form ID: pdf905 |

Page 3 of 3

Total Noticed: 26

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com

Tammy L. Terrell
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
    on behalf of Debtor Roger J. Lees rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh
    on behalf of Joint Debtor Karen L Lees rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 8