**RUDIKH AND ASSOCIATES**
**14 WOODWARD DRIVE**
**OLD BRIDGE, NEW JERSEY 08857**
**(732) 659-6961**
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re | Chapter 13 |
| Roger J. Lees and Karen L Lees | CASE NO.: 21-11502 |
| Debtor | **DEBTORS' SUPLEMENTAL CERTIFICATION** |

Roger J. Lees and Karen L Lees, hereby certifies as follows:

1) We filed for Bankruptcy on February 25, 2021.

2) This Honorable Court confirmed my Chapter 13 Plan on June 16, 2021. Confirmation Order called for monthly payments of $1740.00 for fifty five (55) months.

3) The purpose of this certification is to address the Trustee objections to our Motion to approve the sale of our Real Estate property. This is a fair market value and an arms-length transaction. We have attached our contract to our Motion stating that the sale value of the property is $495,000.00. Also, please see attached a Zillow valuation in the amount of $510,000.00 which reflects a comparable value with our price to sale (**Exhibit "A"**). The Buyers are not our family member and or friends of ours.

We hereby certify that the foregoing statements are true. If any of the foregoing statements are willfully false, We realize that I am subject to punishment.

Roger J. Lees

/s/ Karen L Lees
Karen L Lees