UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Yan Rudikh, Esq.
RUDIKH & ASSOCIATES
14 Woodward Drive,
Old Bridge, New Jersey 08857
P-732- 659-6961
Fax-732-520-6422

Order Filed on December 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Roger J. Lees and Karen L Lees

Case No.: _____21-11502_____

Chapter: ___Christine M. Gravelle___

Judge: _____13_____

**ORDER AUTHORIZING RETENTION OF**

_____Crossroads Realty_____

The relief set forth on the following page is **ORDERED**.

**DATED: December 21, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Crossroads Realty_____

as _____Realtor_____, it is hereby ORDERED:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

       The professional's address is:     1520 Madison Ave, _____

                                          Lakewood, NJ 08701 _____

                                          _____

2.     Compensation will be paid in such amounts as may be allowed by the Court on proper
       application(s).

3.     If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

       ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

       ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
       13 case. Payment to the professional may only be made after satisfactory completion of
       services.

4.     The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                        Case No. 21-11502-CMG

Roger J. Lees                             Chapter 13

Karen L Lees

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                            Page 1 of 2
Date Rcvd: Dec 21, 2022                      Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Roger J. Lees, Karen L Lees, 67 Salem Hill Road, Howell, NJ 07731-2137 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |

Tammy L. Terrell

on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION,
AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST,
SERIES 2018-2 bankruptcy@fskslaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh

on behalf of Joint Debtor Karen L Lees rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh

on behalf of Debtor Roger J. Lees rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 8