**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Roger J. Lees | Social Security number or ITIN  xxx–xx–8775 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Karen L Lees | Social Security number or ITIN  xxx–xx–7482 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    21–11502–CMG

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Roger J. Lees                                               Karen L Lees

                                                               **By the court:** Christine M. Gravelle
   5/9/23                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11502-CMG |
| Roger J. Lees | Chapter 13 |
| Karen L Lees | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin      Page 1 of 3
Date Rcvd: May 09, 2023      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger J. Lees, Karen L Lees, 67 Mariner Place, Brick, NJ 08723-7205 |
| r | + | Crossroads Realty Saphire, 1520 Madison Avenue, Lakewood, NJ 08701-1755 |
| sp | + | Edward V. Murachanian, Law Office of Edward V. Murachanian, 74 Brick Boulevard, Building 2, Suite 112, Brick, NJ 08723-7984 |
| r | + | Heart of Gold Realty, 640 Lacey Road, Suite B, Forked River, NJ 08731-2100 |
| 519122068 | + | Celentano, Stadtmauer, & Walentowicz, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519122069 | + | Federal Home Loan Mortgage Corporation, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 519122071 | + | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519122077 | + | Monmouth County Chancery Division, 71 Monument Park, Freehold, NJ 07728-1747 |
| 519122078 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519284134 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519164388 | + | EDI: AIS.COM | May 10 2023 00:26:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519122067 | + | EDI: CAPITALONE.COM | May 10 2023 00:26:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519139379 | + | EDI: CBS7AVE | May 10 2023 00:26:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519126981 | + | EDI: AIS.COM | May 10 2023 00:26:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519146041 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 09 2023 20:38:00 | Federal Home Loan Mortgage Corporation, as Trustee, Structured Transaction Trust, Series 201, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519122070 | + | Email/Text: ecourts.col_efilings@fskslaw.com | May 09 2023 20:37:00 | Fein, Such, Kahn, Shepard, 7 Century Drive, Parsippany, NJ 07054-4673 |
| 519122073 | | EDI: IRS.COM | May 10 2023 00:26:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519144198 | | EDI: JPMORGANCHASE | May 10 2023 00:26:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |

| Recip ID | Bypass | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 519122075 | | EDI: JPMORGANCHASE | May 10 2023 00:26:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 519202628 | + | Email/Text: PBNCNotifications@peritusservices.com | May 09 2023 20:37:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519122076 | + | Email/Text: PBNCNotifications@peritusservices.com | May 09 2023 20:37:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519191624 | | Email/Text: Bankruptcy.Notices@pnc.com | May 09 2023 20:37:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 519122079 | | Email/Text: Bankruptcy.Notices@pnc.com | May 09 2023 20:37:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519122080 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 09 2023 20:38:00 | Select Portfolio Servicing, P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 519122081 | + | EDI: RMSC.COM | May 10 2023 00:26:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519122082 | + | EDI: CBS7AVE | May 10 2023 00:26:00 | Through The Country Do, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519196005 | + | EDI: AIS.COM | May 10 2023 00:26:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519122074 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519122072 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, |

|  |  |
|---|---|
|  | AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2 bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Roger J. Lees rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |
| Yakov Rudikh | on behalf of Joint Debtor Karen L Lees rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 8